AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Brandon JONES | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  2:26-mj-508 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 6, 2026_____ in the county of _____Franklin_____ in the _____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) & 924(a)(8) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

*Grace Bodker*
*Complainant's signature*

Grace Bodker, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  August 7, 2026

City and state:  Columbus, OH

Kimberly A. Jolson
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Brandon Ernest JONES**

I, **Grace Bodker**, being duly sworn, depose and state that:

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since 2023. I am currently assigned to the Columbus, Ohio Field Office as a member of the Crime Gun Enforcement Team (CGET) Task Force. As part of my duties as an ATF Special Agent, I investigate criminal violations relating to federal firearms offenses, including the unlawful possession of firearms and ammunition by individuals who have been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year. I have participated in numerous investigations of criminal violations relating to illegal firearms possession, firearms trafficking and shooting investigations. I am familiar with, and have utilized multiple investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of GPS/E-911 data.

2. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As result of my training and experience, I am familiar with federal laws including 18 U.S.C. § 922(g)(1), which states: It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3. This affidavit is being submitted in support of an application for a criminal complaint against Brandon JONES for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition and the firearm was in an affecting interstate and foreign commerce, in violation of Title 18 U.S.C. § 922(g)(1).

4. The facts in this affidavit come from the Affiant's observations, training, and experience, as well as information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter. Based on the facts as set forth in this affidavit, there is probable cause to believe Brandon JONES has violated Title 18 U.S.C. § 922(g)(1), Possession of Firearm and Ammunition by Convicted Felon.

5. In July 2026, your Affiant identified JONES as a suspect warranting further investigation. Your Affiant conducted a query of the National Crime Information Center (NCIC) and Franklin County Clerk of Courts Website and located the following felony Convictions for JONES, which prohibits him from possessing firearms or ammunition under federal law:

   - Aggravated Robbery, in violation of Ohio Rev. Code. § 2911.01, a felony of the First Degree, in Franklin County (Ohio) Common Pleas Court Case No. 11CR005511.

**PROBABLE CAUSE AFFIDAVIT**
**Brandon Ernest JONES**

- Aggravated Assault, in violation of Ohio Rev. Code. § 2903.12, a felony of the Fourth Degree, in Franklin County (Ohio) Common Pleas Court Case No. 12CR000829.

6. In July 2026, your Affiant was assigned ATF investigative lead 26-4416. The lead was generated by an ATF Industry Operations Investigators (IOI) inventory audit at Prairie Oak Armory.

## ATF Lead 26-4416

7. On or about July 20, 2026, your Affiant received information from Central Ohio Crime Gun Intelligence Center (CGIC) criminal analysts about Prairie Oak Armory, a Federal Firearms Licensee (FFL) selling firearms to individuals without a National Instant Criminal Background Check (NICS). ATF IOI's identified JONES as an individual that purchased a firearm (Taurus, Model G3, 9mm pistol, S/N: AHH076943) from Prairie Oak Armory on or about April 11, 2026.

## Follow Up Investigation

8. On or about July 28, 2026, SA Bodker identified Facebook Account bearing User ID, "Brandon Jones Terrarium," an account ATF investigators' believed to be operated by JONES. SA Bodker located numerous Facebook posts made by JONES' Facebook account about JONES' interest, possession and restoration of numerous firearms.

9. On or about July 28, 2026, SA Bodker received information from Department of Public Safety (DPS) Analyst Madie Morgan, that on or about May 21, 2026, JONES submitted a vehicle registration application for a white, 2007, Lincoln sedan, bearing Ohio license plate KVW2592. JONES listed his address on the application as 1187 Oakwood Avenue, Columbus, Ohio 43206.

10. Between July 30, 2026, and August 3, 2026, SA Bodker conducted electronic surveillance at 1187 Oakwood Ave., Columbus, Ohio 43206 and observed an individual matching the physical characteristics of JONES drive a gray, 2017 Chevrolet Equinox bearing Ohio license plate HYP2914, and park on E. Stewart Avenue, Columbus, Ohio, on the side of, 1187 Oakwood Avenue. SA Bodker observed the individual matching the characteristics of JONES exit the vehicle and enter the front door of 1187 Oakwood Avenue numerous times. Between July 30, 2026, and August 2, 2026, SA Bodker also observed the individual matching the physical characteristics of JONES exit the front door of 1187 Oakwood Avenue, enter the same gray Chevrolet Equinox, and drive away.

11. While conducting surveillance at 1187 Oakwood Avenue between July 30, 2026, and August 3, 2026, SA Bodker also observed a female exit and enter 1187 Oakwood Avenue and drive a white 2018 Chevrolet, Equinox bearing Ohio License plate HNU9626, numerous times. The white Chevrolet, Equinox bearing Ohio license plate HNU9626 is registered to an individual here on out referred to as Z.R. SA Bodker was able to compare the electronic surveillance of Z.R. to a BMV image of Z.R. from March 31, 2026, and confirm that the female at 1187 Oakwood Avenue matches the physical characteristics of Z.R.

**PROBABLE CAUSE AFFIDAVIT**
**Brandon Ernest JONES**

12. On or about August 3, 2026, SA Bodker queried ATF Database, eTrace, for all transactions related to Z.R. eTrace showed between March 5, 2023, and June 4, 2026, Z.R. is the purchaser of eight (8) firearms that have been recovered in crimes, and between July 20, 2021, and October 13, 2022, on four (4) separate occasions Z.R. purchased more than one firearm at a time.

13. On or about August 5, 2026, ATF TFO Emanuel Woods presented and was granted a State Residential Search Warrant for 1187 Oakwood Avenue, Columbus, Ohio 43206 by Franklin County Municipal Court Judge Andrea Peeples.

14. On or about August 6, 2026, Columbus Division of Police (CPD) Special Weapons and Tactics (SWAT) team executed a state search warrant at 1187 Oakwood Ave., Columbus, Ohio 43206. ATF investigators conducted a search of the residence, and one of the vehicles located at the scene. While conducting a search of the scene, Investigators located five (5) firearms, and a large quantity of ammunition. One of those firearms is identified as an Anderson, Model AM-15, Multi-Caliber, S/N: 23096425.

15. On or about the same day, ATF Investigators read JONES his constitutional rights, where JONES waived his rights and agreed to speak with investigators without a lawyer present. JONES informed investigators that one (1) of the five (5) firearms located at the scene were his. JONES stated he had possessed all five (5) firearms and shot some of the firearms recovered at the scene. JONES stated his DNA would be located on all the firearms recovered at the scene. JONES stated he has purchased numerous firearms, including the Taurus, Model G3, 9mm pistol, S/N: AHH076943 mentioned in ATF Lead 26-4416.

## Interstate Nexus Determination

16. Your affiant confirmed with SA Cole Benner, ATF Interstate Nexus Expert, and SA Benner determined the Anderson, Model AM-15, Multi-Caliber, S/N: 23096425 was not manufactured in the state of Ohio, thus having traveled in interstate commerce to be found in the state of Ohio.

## Conclusion

17. Based upon the above listed facts and circumstances, your Affiant believes and asserts that there is probable cause to believe that on or about August 6, 2026, JONES knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, that is a Anderson, Model AM-15, Multi-Caliber, S/N: 2309642, and the firearm was in and affecting interstate commerce imprisonment for a term exceeding one year, in violation of Title 18, U.S.C., Sections 922(g)(1) and 924(a)(8).

**PROBABLE CAUSE AFFIDAVIT**
**Brandon Ernest JONES**

*Grace Bodker*

**Grace Bodker**

**ATF Special Agent**

Sworn to and subscribed before me this day of __Aug. 7, 2026_____ , at_____ Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge